RICHARD M. OBERTO, Bar #247285
516 W. Shaw Ave. Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Leslie Michelle Hays

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>LESLIE MICHELLE HAYS,<br><br>      Defendant | Case No.: 1:16-CR-00108-DAD-BAM<br><br>WAIVER OF DEFENDANT'S PERSONAL PRESENCE PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 43 (B)(3); [PROPOSED] ORDER |

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

      Defendant LESLIE MICHELLE HAYS ("Ms Hays") has been advised of her right to be personally present at all stages of the court proceedings in the above entitled action against her. Ms. Hays hereby waives her right to be present for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3). Pursuant to this waiver, Ms. Hays requests that the Court allow her interests to be represented by the presence of her attorney, Richard M. Oberto, and she agrees that her interests shall be represented the same as if she were personally present. Ms. Hays agrees that notice to her attorney that her personal presence is required for a proceeding at a specific time and place will be deemed notice to Ms. Hays of the requirement of her personal presence.

Dated:  8/3/16                               */s/ Leslie Michelle Hays*
                                                             LESLIE MICHELLE HAYS
                                                             Defendant
                                                             *Original signature retained by attorney*
                                                             *Richard M. Oberto*

DATED: 8/3/16                              */S/ Richard M. Oberto*

RICHARD M. OBERTO
Attorney for Defendant,
Leslie Michelle Hays
*Original signature retained by*
*attorney Richard M. Oberto*

### O R D E R

**IT IS HEREBY ORDERED** that the personal presence of Defendant LESLIE MICHELLE HAYS is not required for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

IT IS SO ORDERED.

Dated**:**  **August 4, 2016**              /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE