RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar No. 247285
516 W. Shaw Ave. Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Leslie Michelle Hays

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00108-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING DATE |
| LESLIE MICHELLE HAYS, | |
| Defendant. | |

To the above entitled District Court and the attorneys for the parties:

Please take notice that the parties in the case have agreed to continue the sentencing date of the defendant Leslie Michelle Hays ("Ms. Hays") from currently scheduled date of May 7, 2018, to the new date of June 4, 2018, at 10 a.m., in Courtroom 5 of the above-entitled Court, in the Fresno Division, before the Honorable District Court Judge Dale A. Drozd. The continuance is on the grounds that the defense yesterday evening received 521 pages of new prosecution discovery that relates to the restitution figure and loss amount for sentencing. Defense counsel needs additional time to review the 521 pages of new discovery, discuss his findings with Ms. Hays, and evaluate whether there are any issues affecting sentencing strategy.

The parties agree that the continuance here is reasonable, necessary and in the interest of justice.

For the reasons stated above, the parties stipulate as follows:

    1. That Ms. Hays' sentencing date be continued from the currently scheduled date of

May 7, 2018, to the date of June 4, 2018, at 10 a.m., in Courtroom 5 of the above-entitled Court, in the Fresno Division, before the Honorable District Court Judge Dale A. Drozd.

DATED: 4/19/18                      */s/ Grant B. Rabenn*
                                                             Grant B. Rabenn
                                                               Assistant U.S. Attorney

DATED: 4/19/18                       */s/ Richard M. Oberto*
                                                             RICHARD M. OBERTO
                                                              Attorney for Defendant,
                                                              Leslie Michelle Hays

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for May 7, 2018, is continued until June 4, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **April 23, 2018**                                    _____
                                                                      UNITED STATES DISTRICT JUDGE