1  McGREGOR W. SCOTT
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 1:16-CR-00108-DAD-BAM

12                        Plaintiff,      ORDER FOR FORFEITURE MONEY
                                          JUDGMENT
13         v.

14 LESLIE MICHELLE HAYS,

15                        Defendant.

16

17         Based upon the United States' Application for Forfeiture Money Judgment and the entry

18 of a guilty plea as to defendant Leslie Michelle Hays,

19         IT IS HEREBY ORDERED that

20         1.     Defendant Leslie Michelle Hays shall forfeit to the United States no less than

21 $1,535,420.20 but no more than $1,647,506.52, less any forfeited funds, and the Court imposes a

22 personal forfeiture money judgment against the defendant in that amount.

23         2.     Any funds applied towards such judgment shall be forfeited to the United States of

24 America and disposed of as provided for by law. Prior to the imposition of sentence, any funds

25 delivered to the United States to satisfy the personal money judgment shall be seized and held by

26 the U.S. Marshals Service, in its secure custody and control.

27         3.     This Order of Forfeiture shall become final as to the defendant at the time of

28 sentencing and shall be made part of the sentence and included in the judgment.

4.    In accordance with Rule 32.2(b)(3), the United States, in its discretion, shall be allowed to conduct discovery, including but not limited to serving Interrogatories, Requests for Admissions, Requests for Production of Documents, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property to satisfy the money judgment.

5.    The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed no less than $1,535,420.20 but no more than $1,647,506.52, less any forfeited funds, to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated:   **June 22, 2018**

_____
UNITED STATES DISTRICT JUDGE